**Dismissed and Memorandum Opinion filed December 11, 2014.**



In The

# Fourteenth Court of Appeals

### NO. 14-14-00506-CV

## CRYSTAL R. DAVIS, Appellant

## V.

## LITTLE NELL APARTMENTS, Appellee

**On Appeal from the County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 1047273**

## M E M O R A N D U M    O P I N I O N

This is an appeal from a judgment signed June 19, 2014. The clerk's record was filed September 3, 2014. The reporter's record was filed August 22, 2014. No brief was filed.

On October 16, 2014, this court issued an order stating that unless appellant submitted a brief on or before November 17, 2014, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Boyce and McCally.